PETER KOCH *vs*. ST: PAUL CITY RAILWAY COMPANY.

February 16, 1891.

**Negligence—Evidence—Damages.**—Evidence *held* sufficient to sustain the verdict. Damages *held* not to be so excessive that this court can interfere.

Action for personal injuries, brought in the district court for Ramsey county. Plaintiff, a market-gardener, having a stall outside the market-house in St. Paul, was standing at his wagon near his stall, when a wagon of one Wagner was struck by one of defendant's streetcars, (drawn by horses,) and was thrown against plaintiff's wagon, whereby plaintiff was thrown down and injured. At the trial, before *Kelly*, J., there was evidence that Wagner's wagon, when struck, was standing in the street so near the defendant's tracks that it was plain that a car could not pass without striking it. This was opposed by evidence that the collision was caused by the sudden backing of Wagner's horse as the car was passing. Plaintiff had a verdict of $1,000. Defendant appeals from an order refusing a new trial.

*Henry J. Horn*, for appellant.

*A. E. Wislizenus*, for respondent.

GILFILLAN, C. J.[1] The evidence on the question of the defendant's negligence made the case a proper one for the jury, and their verdict cannot be disturbed.

The damages found seem very large. We would have been better satisfied had the verdict been for a much less amount, and we would have approved the action of the court below had it set the verdict aside as excessive. But it is not so manifestly and unmistakably excessive that, after the court below has passed upon it, we can, within the rules governing this court in such cases, reverse its action.

Order affirmed.

[1] Vanderburgh, J., took no part in this decision.